UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>   v.<br><br>STEIN,<br><br>            Defendant. | Case No. 20-cr-00278-SI-1<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR COMPASSIONATE RELEASE**<br><br>Re: Dkt. No. 25 |

This Court sentenced Defendant Robert Stein to a year and a day in prison on January 22, 2021. Dkt. 22. On October 19, 2021, Mr. Stein filed an unopposed emergency motion for reduction of this sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The motion asserts the following as "extraordinary and compelling reasons" for release: (1) the recent and extremely serious deterioration of Mr. Stein's father's heart condition, requiring surgery and a valve replacement; (2) the continuing deterioration of the health of Mr. Stein's son Richard; and (3) Mr. Stein's own health issues in the context of the COVID-19 pandemic.

The motion is GRANTED. It is ordered that Defendant shall be resentenced to time served effective October 26, 2021. All other terms of the original judgment, including the terms of supervised release, shall remain unchanged. The Court further orders the imposition of the special condition that Mr. Stein serve four months of LMON-Home Detention under the supervision of the U.S. Probation office. The clerk shall file an amended judgment reflecting these modifications.

Dated: October 26, 2021

**IT IS SO ORDERED**.

Dated: October 26, 2021

_____
SUSAN ILLSTON
United States District Judge