UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT STEIN,<br><br>　　　　　Defendant. | Case No. 20-cr-00278-SI-1<br><br>**ORDER DIRECTING RETURN OF PASSPORT**<br><br>Re: Dkt. No. 32 |

Before the Court is Robert Stein's request for the return of his passport from pre-trial services. Dkt. No. 32. Based on the reasons set forth in Stein's letter, the Court **GRANTS** the request and orders pretrial services to deliver the passport without delay to the following address:

Robert Stein
29 Highcrest Ln
South San Francisco CA, 94080

**IT IS SO ORDERED**.

Dated: May 18, 2022

SUSAN ILLSTON
United States District Judge